■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOSEY BROWN, Appellant.— Motion to dismiss appeal denied. We construe the notice of appeal dated July 9, 1956 to give notice of the appeal from the judgment of conviction; motion granted to appeal on original record and handwritten briefs granted; motion insofar as it seeks an order directing the court to furnish him gratis a transcript of the trial minutes denied. Memorandum: Neither this court nor the court of original jurisdiction has power to furnish to a defendant, gratis, a transcript of the minutes of trial, after trial, except in cases where the judgment is of death or of life imprisonment following a recommendation of a jury pursuant to section 1045-a of the Penal Law (Code Crim. Pro., §§ 308, 485; cf. *People* v. *Raymondi*, 180 Misc. 973.) Any holding to the contrary, as in *People* v. *Jackson* (2 Misc 2d 521) we do not approve.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZABRZENSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

## FIRST DEPARTMENT, FEBRUARY, 1957

## (February 2, 1957)

■ In the Matter of JEAN A. VINCENT et al., Appellants, against VANDERTON REALTY CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

## (February 5, 1957)

■ In the Matter of JAMES G. ARCHER, Petitioner, against WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ JEANNE BULKIN, Respondent-Appellant, v. DANIEL BULKIN, Appellant-Respondent.— Judgment unanimously modified so as to increase allowance for counsel fee to $2,000 and, as so modified, affirmed, without costs. It appears from the opinion of the trial court that it was assumed that a prior counsel fee of $2,500 had been paid by the husband. In fact, it had not. Accordingly, and in the light of the record before us, the counsel fee of $1,000 awarded by the trial court should be increased to the sum of $2,000. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ NEW YORK EXPOSITIONS, INC., Appellant, v. COLISEUM EXHIBITION CORPORATION et al., Respondents, et al., Defendants.— Order granting the motion of the defendants Coliseum Exhibition Corporation and others, to dismiss the first, fourth and fifth causes of action contained in the complaint herein, and order granting the motion of the defendants Hearst Corporation and others, to dismiss the first cause of action contained in the complaint herein, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *post*, p. 745.]

■ BELLE DOLL AND TOY CORPORATION, Appellant, v. JOHNSON BELTING Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.